**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| KAYDEN INDUSTRIES (USA) INC.,<br> *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Civ. A. No.: 4:26-cv-00019 |
| OCCUPATIONAL SAFETY & HEALTH<br>REVIEW COMMISSION, | §<br>§<br>§<br>§ | |
| UNITED STATES DEPARTMENT OF<br>LABOR, | §<br>§<br>§ | |
| JONATHAN SNARE in his official<br>capacity of Commissioner and Chairman of<br>the Occupational Safety & Health Review<br>Commission, and | §<br>§<br>§<br>§<br>§ | |
| LORI CHAVEZ-DERMER in her official<br>capacity as Secretary of Labor | §<br>§<br>§ | |
| *Defendant*. | §<br>§<br>§ | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Kayden Industries (USA) Inc. ("Plaintiff") notices the dismissal of all claims and causes of action asserted against Defendants in the above-captioned lawsuit. No defendant has served an answer or motion for summary judgment.

WHEREFORE, Plaintiff prays that all claims asserted in this lawsuit be dismissed, with each party to bear their or their own attorneys' fees and costs of court.

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**

*/s/ Ryan Swink*
Ryan J. Swink
USDC Bar No. 3631019
Texas Bar No. 24107940
ryan.swink@ogletree.com
One Allen Center
500 Dallas Street, Suite 2100
Houston, TX 77002
Phone: 713-655-0855
Fax: 713-655-0020

***Counsel for Plaintiff
Kayden Industries (USA) Inc***

2